# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Hicks,

Plaintiff,

**JUDGMENT**

v.

7:23-CV-01839 (CS)

Encarnacion,

Defendants.

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial

before the Honorable Cathy Seibel, United States District Judge, and the jury having returned a

verdict in favor of the Defendant as to Plaintiff's § 1983 claims, judgment is entered in favor of

the Defendant, and the case is closed.

**DATED:** White Plains, New York
January 14, 2026

Tammi Hellwig

_____

**Clerk of Court**

**So Ordered:**

_____
**U.S.D.J.**

BY: _____
**Deputy Clerk**